```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re Motion to Compel Compliance with
Subpoena Directed to Lucas Hicks

23-MC-195 (JHR) (RWL)

**ORDER**

------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On June 26, 2023, this matter was referred to me for both General Pretrial and Specific Non-Dispositive Motion/Dispute: Motion to Compel. (Dkt. 19.) On June 28, 2023, I resolved the Motion to Compel. (Dkt. 21.) The Court has not heard from the parties since July 2023. Accordingly, the parties shall provide a status update with the Court by December 6, 2023 and shall advise whether the case may be closed.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 29, 2023
       New York, New York

Copies transmitted this date to all counsel of record.

1